4:19-cv-1648

United States Courts
Southern District of Texas
FILED

MAR 30 2020

David J. Bradley, Clerk of Court

TO THE HONORABLE JUDGE GEORGE
C. HANKS JR.

MY NAME IS KAREEM ROSCHARD JEFFERSON
I AM A POOR AFRICAN AMERICAN FROM
HOUSTON, TEXAS. I CAN NOT AFFORD A
CIVIL RIGHTS ATTORNEY TO HANDLE CIVIL NO.
4:19-CV-1648, SO I AM SEEKING JUSTICE
FOR MYSELF. I HAVE NO CLUE WHAT I AM
DOING AND ACTUALLY I AM FEARFUL
THAT I WILL BE THE VICTIM OF FURTHER
INJUSTICE. PLEASE SIR, AS GOD IN HEAVEN
IS MY WITNESS, FIGHT THE GOOD FIGHT
OF FAITH WITH ME, GOD SEES ALL AND
KNOWS ALL, I AM NOT LYING, THAT MAN
HURT ME AND CALLED ME A "NIGGER".
I LIVE NOW IN CONSTANT PAIN AS A
RESULT OF MY INJURIES. PLEASE HELP
ME! I FEAR THAT MY IGNORANCE OF THE
LAW WILL PREVENT JUSTICE BEING
SERVED. I ONLY ASK ONE THING OF YOU
AND THAT IS FOR YOU TO FORCE THEM TO
PRODUCE THE VIDEO RECORDING OF THE INCIDENT
AND YOU WILL SEE THAT I WAS ATTACKED
STALKED, AND HUMILIATED BY THE
DETENTION OFFICER! WHO ON THE WAY OUT
OF JAIL WOULD RANDOMLY TAKE A SWING
AT AN OFFICER? HIS STORY MAKES ZERO

SENSE. I WAS FINALLY ON MY WAY HOME AFTER 8 MONTHS IN JAIL. WHY WOULD I DECIDE TO HIT OR ATTEMPT TO STRIKE HIM AND LOSE MY FREEDOM. HIS STORY IS ABSURD AT BEST. THERE IS NO WAY ANYONE COULD BELIEVE RAMOS'S VERSION OF EVENTS

PLEASE DO THE RIGHT THING,

Sincerely,

Kareem Roschard Jefferson

P.S. THE VIDEO WILL SHOW THAT I ATTEMPTED TO AVOID CONTACT BY STEPPING BACKWARD AND PLACING MY BACK AGAINST THE WALL. HE INITIATED ALL INTERACTION I ONLY WANTED TO GO HOME.

FORT BEND COUNTY JAIL
KAREEM ROSCHARD JEFFERSON
000744 07
1410 WILLIAMS WAY BLVD
RICHMOND, TEXAS 77469

NORTH HOUSTON TX 773
27 MAR 2020 PM 4 L

FOREVER / USA

United States Courts
Southern District of Texas
FILED
MAR 30 2020
David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

77208-101010