IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KAREEM JEFFERSON,** | )( | Civil Action No.: 4:19-cv-01648 |
| | )( | (Jury Trial) |
| *Plaintiff,* | )( | |
| | )( | |
| **V.** | )( | |
| | )( | |
| **DETENTION OFFICER RAMOS # 140802,** | )( | |
| | )( | |
| *Defendant.* | )( | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The only defendant who has appeared is Detention Officer Ramos # 140802.

*/s/ Randall L. Kallinen*
Randall L. Kallinen
Attorney for Plaintiff Kareem Jefferson

*/s/ Stan Clark,* by permission
Stan Clark
Attorney for Defendant Detention Officer Ramos # 140802

Respectfully Submitted,

/s/ Randall L. Kallinen

1

        Kallinen Law PLLC
        Randall L. Kallinen
        State Bar of Texas No. 00790995
        U.S. Southern District of Texas Bar No.: 19417
        511 Broadway Street
        Houston, Texas 77012
        Telephone:   713/320-3785
        FAX:          713/893-6737
        E-mail:       AttorneyKallinen@aol.com
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that, on February 19, 2021, a true and correct copy of the foregoing instrument has been served upon all ECF notice counsel including Mr. Stan Clark by filing with the Electronic Case Filing system of the federal court,

        /s/ *Randall L. Kallinen*
        Randall L. Kallinen