IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREEM ROSCHARD JEFFERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-1648 |
| | § | |
| DETENTION OFFICER RAMOS # 140802, | § | |
| | § | |
| Defendant. | § | |

# FINAL ORDER OF DISMISSAL

Plaintiff Kareem Roschard Jefferson filed this civil rights action on May 3, 2019, and Defendant Ramos filed an answer. On April 29, 2020, the Court stayed and administratively closed the case under *Wallace v. Kato*, 549 U.S. 384 (2007). On January 5, 2021, the Court granted Jefferson's unopposed motion to reinstate the case.

Jefferson now has filed a stipulation of dismissal without prejudice (Dkt. 24). Counsel for the sole defendant, Detention Officer Ramos # 140802, agrees to the dismissal.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' joint stipulation, the Court **ORDERS** that this action is **DISMISSED without prejudice.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, this 23rd day of February, 2021.

_George C. Hanks Jr._
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE